# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CHRISTINE RAINES,<br><br>        Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 2:22-cv-04150-NKL |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff, Christine Raines, and Defendant, The Prudential Insurance Company of America, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses and attorneys' fees.

91233425v.1

Case 2:22-cv-04150-NKL   Document 22   Filed 02/06/23   Page 1 of 3

DATED: February 6, 2023

LAW OFFICE OF TALIA RAVIS, PA

By */s/ Talia Ravis*
   Talia Ravis
   Law Office of Talia Ravis, PA
   9229 Ward Parkway, Suite 370
   Kansas City, MO 64114
   Telephone: 816-333-8955
   Facsimile: 800-694-3016
   talia@erisakc.com

Respectfully submitted,

SEYFARTH SHAW LLP

By */s/ Nathan P. Lusignan*
   Nathan P. Lusignan (*pro hac vice*)
   nlusignan@seyfarth.com
   SEYFARTH SHAW LLP
   233 South Wacker Drive, Suite 8000
   Chicago, Illinois 60606
   Telephone: (312) 460-5000
   Facsimile: (312) 460-7000

   Mark E. McFarland
   HINKLE LAW FIRM LLC
   Lenexa City Center - Penn I
   8711 Penrose Lane, Suite 400
   Lenexa, KS 66219-8197
   Telephone: 913.549.1105
   Facsimile: 913.345.4832
   mmcfarland@hinklaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2023, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including the following:

> Talia Ravis
> Law Office of Talia Ravis, PA
> 9229 Ward Parkway, Suite 370
> Kansas City, Missouri 64114
> 816-333-8955 (tel)
> 1-800-694-3016 (fax)
> talia@erisakc.com

> */s/ Nathan P. Lusignan*
> Nathan P. Lusignan
> Counsel for Defendant
> The Prudential Insurance Company of America